UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
UNITED STATES OF AMERICA,               :   S1 16Cr0205 (DLC)
                                        :
            -v-                         :   ORDER
                                        :
MARQUIS SOUTHWELL,                      :
                        Defendant.      :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the November 8, 2019 "Judgment In A Criminal Case" shall be unsealed and filed in the public record.

Dated:   New York, New York
         November 13, 2019

                                    _____
                                            DENISE COTE
                                    United States District Judge