```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :     S1 16cr0205 (DLC)
                                        :
             -v-                        :          ORDER
                                        :
 MARQUIS SOUTHWELL,                     :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On December 14, 2020, this Court issued an arrest warrant at the request of the Probation Department on the violation of supervised release specifications entered against the defendant. On January 7, 2021, the defendant arrived in this district and was presented and arraigned before a Magistrate Judge.  The defendant was ordered detained.  It is hereby

ORDERED that a conference on the violation of supervised release is scheduled for **January 22, 2021** at **11:00 a.m.**  Due to the travel restrictions imposed by the State of New York and the recent spike in COVID-19 cases, an in-court proceeding may not be available to the defendant.  In addition, due to the increase in demand for videoconference proceedings, a videoconference proceeding may not be available either.  A telephone conference may be available, however.  Accordingly,

IT IS FURTHER ORDERED that defense counsel shall respond to the following two questions by **Friday, January 15, 2021**:

    1) Does the defendant consent to be conference through videoconference technology?

2) If a videoconference proceeding is unavailable, does the defendant consent to have the conference at a telephone conference proceeding?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
          January 8, 2021

_____
DENISE COTE
United States District Judge