```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :      S1 16cr205(DLC)
                                        :
           -v-                          :      ORDER
                                        :
 MARQUIS SOUTHWELL,                     :
                                        :
                     Defendant.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    At a proceeding on January 22, 2021, the defendant was advised of the specifications of violation of supervised release filed against him.  It is hereby

    ORDERED that the next conference in this matter will be held on **March 12, 2021** at **12 p.m.**

Dated:    New York, New York
          January 22, 2021

                                                  _____
                                                    DENISE COTE
                                      United States District Judge