```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :      S1 16cr0205 (DLC)
                                        :
              -v-                       :         ORDER
                                        :
 MARQUIS SOUTHWELL,                     :
                          Defendant.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

A conference on the violation of supervised release is scheduled to occur on **March 12, 2021** at **12 p.m**.  The defendant is incarcerated.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **February 25, 2021**:

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

    If the defendant consents to either option, please complete

and submit the written consent form attached to this Order if it

is feasible to do so.

Dated:    New York, New York
          February 17, 2021

                                  _____
                                         DENISE COTE
                                  United States District Judge