**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2021

**VIA ECF**

**MEMO ENDORSED**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Marquis Southwell*, a/k/a "Quis," S1 16 Cr. 205 (DLC)

Dear Judge Cote:

    The Government submits this letter respectfully to request an adjournment of the conference regarding the defendant Marquis Southwell's violations of supervised release. The conference is currently scheduled for March 12, 2021, at 12 p.m. The parties understand that a request must be made by the Court to a federal facility well in advance to arrange for an inmate to appear remotely. At the moment, however, the defendant is in state custody and has a bail review conference in state court scheduled for March 3, 2021. To avoid disruption of the scheduled state proceeding, the parties believe it would make sense to wait until after the conference to have the defendant, if still in custody, brought over to federal custody. Accordingly, an adjournment of the March 12 conference would permit the parties and the Court to better coordinate the defendant's appearance. Additionally, defense counsel is scheduled to begin a jury trial on March 8, 2021. He has made arrangements to have an associate familiar with the case appear on his behalf, but would prefer to appear himself. For these reasons, the parties respectfully request that the conference be adjourned until the first week of April 2021.

Application GRANTED. VOSR adjourned to April 9, 2021 at 3:00 PM.

SO ORDERED
March 1, 2021

_____
DENISE COTE
United States District Judge

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: ____/s/_____
Anden Chow
Assistant United States Attorney
(212) 637-2348

Cc:    Avraham Moskowitz, Esq., counsel for the defendant (by e-mail)