# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

March 23, 2021

**MEMO ENDORSEMENT**

**BY ECF**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  United States v. Marquis Southwell
     16 Cr. 205 (DLC)

Dear Judge Cote:

This letter is respectfully submitted on behalf of the defendant, Marquis Southwell ("Marquis"), to request an adjournment of the conference currently scheduled for April 9 at 3 p.m. in connection with the violation of supervised release specifications filed against Marquis by the United States Department of Probation.

As Your Honor undoubtedly recalls, the parties last appeared before the Court on January 22, 2021, at which time Marquis entered a not guilty plea to the pending specifications. The Court agreed to have Marquis returned to State custody and to allow him to be released on the bail conditions set by the State court in connection with the underlying arrest which forms the basis of the violation of supervised release.

On March 22, Marquis was released on bail in the State court matter and called his Probation Officer to schedule an appointment but was not able to reach her. He intends to go to the Probation Department tomorrow to attempt to see his Probation Officer or at a minimum, to let the Probation Department know that he has been released.

I have spoken to AUSA Chow regarding a possible resolution of the pending charges, however it appears that we will not be able to reach an agreement until the underlying State charges are resolved.

Hon. Denise L. Cote
March 23, 2021
Page 2

      In light of the above, it is respectfully requested that the Court adjourn the scheduled conference for approximately three months to allow some time for progress to be made with respect to the underlying State case. I have conferred with AUSA Chow and he advised me that the Government has no objection to the requested adjournment.

      Thank you in advance for your consideration of this request.

      Respectfully submitted,

      */s/ A. Moskowitz*

      Avraham C. Moskowitz

cc:   AUSA Anden Chow (by e-mail)

Application granted in part. Having consulted with the Probation Department, the conference is adjourned until May 13, 2021 at 2:00 PM. Should the defendant satisfactorily cooperate with the Probation Department during this month, the defendant may request a further adjournment.

SO ORERED
March 24, 2021

_____
DENISE COTE
United States District Judge