```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :    16cr205(DLC)
                                          :
              -v-                         :    ORDER
                                          :
MARQUIS SOUTHWELL,                        :
                                          :
                        Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

A conference on specifications of violation of supervised release is scheduled to occur on **May 13, 2021** at **2:00 PM**. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **May 6, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         April 27, 2021

                                                                               DENISE COTE
                                    United States District Judge