

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2021

**VIA ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Marquis Southwell*, a/k/a "Quis," S1 16 Cr. 205 (DLC)

Dear Judge Cote:

    The Government submits this letter respectfully to request an adjournment of the conference regarding the defendant Marquis Southwell's violations of supervised release. The conference is currently scheduled for May 13, 2021, at 2 p.m. The Government has been in contact with the Manhattan District Attorney's Office, which is handling the prosecution of the state crimes underlying many of the specified violations of supervised release, and has been advised that the defendant is next scheduled to appear in state court on June 21, 2021. The purpose of the June 21 appearance is to set a hearing or trial date. Accordingly, the Government respectfully requests an adjournment of the next conference date to sometime in late June or early July in order to permit the parties to provide a better update to the Court regarding the progress of the state prosecution. Defense counsel joins in the request and respectfully requests a date other than the week of July 19, 2021, when he will be out of town.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by:   /s/
     Anden Chow
     Assistant United States Attorney
     (212) 637-2348

*[Handwritten annotation:]* The conference is adjourned to July 9, 2021 at noon. /s/ Denise Cote 4/29/21

Cc:    Avraham Moskowitz, Esq., counsel for the defendant (by ECF)