```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    16cr205 (DLC)
                                         :
            -v-                          :        ORDER
                                         :
MARQUIS SOUTHWELL,                       :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby ORDERED that the conference scheduled for September 9 at 1 pm shall occur on **September 9** at **11 am**.

Dated:   New York, New York
         September 3, 2021

_____
DENISE COTE
United States District Judge