**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2022

**VIA ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Marquis Southwell*, a/k/a "Quis," S1 16 Cr. 205 (DLC)

Dear Judge Cote:

The Government submits this letter respectfully to request an adjournment of the conference regarding the defendant Marquis Southwell's violations of supervised release. The conference is currently scheduled for February 11, 2022, at 10 a.m. The Government has been advised by the defendant's probation officer that the defendant has recently reached a resolution of the charges that were previously pending in state court. In order to provide an opportunity for the probation officer to prepare an update memorandum for the Court and the U.S. Marshals Service to arrange for the defendant's production from a state facility, the parties respectfully request an adjournment of the upcoming conference. The Government has consulted with defense counsel, who respectfully requests March 10 or March 11, both of which are fine for the Government.

*The conference is adjourned to 3/10/22 at 2:00 in Courtroom 18B.*

*[signature] 2/8/22*

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
Anden Chow
Assistant United States Attorney
(212) 637-2348

Cc:   Avraham Moskowitz, Esq., counsel for the defendant (by ECF)